**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAVIER DEL RIVERO, | Case No. 2:17-cv-01606-JAD-CWH |
| Plaintiff, | |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES LLC, et al, | **ORDER** |
| Defendants. | |

Presently before the Court is Portfolio Recovery Associates, LLC's motion to extend time to respond to complaint (ECF No. 6), filed on June 30, 2017. To date, Plaintiff has not filed a response. Defendant moves the Court to extend the deadline for it to respond to Plaintiff's complaint (ECF No. 1) until July 31, 2017.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." Plaintiff has not responded to the motion.

IT IS THEREFORE ORDERED that Defendant's motion to extend time to respond (ECF No. 6) is GRANTED.

DATED: July 14, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge