**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAVIER DEL RIVERO, <br><br>  Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES LLC, et al, <br><br>  Defendants. | Case No. 2:17-cv-01606-JAD-CWH <br><br><br> **ORDER** |

Presently before the Court is Defenant Experian Information Solutions' motion to extend time to respond to complaint (ECF No. 8), filed on July 3, 2017. To date, Plaintiff has not filed a response. Defendant moves the Court to extend the deadline for it to respond to Plaintiff's complaint (ECF No. 1) until July 17, 2017.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." Plaintiff has not responded to the motion.

IT IS THEREFORE ORDERED that Defendant's motion to extend time to respond (ECF No. 8) is GRANTED.

DATED: July 15, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge