ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSIKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9310
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
          wwong@grsm.com

*Attorneys for Portfolio Recovery Associates, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER DEL RIVERO,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01606-JAD-CWH<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER [ECF NO. 19]**<br><br>(First Request) |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1, and LR 26-4, Plaintiff Javier Del Rivero; Defendant Portfolio Recovery Associates, LLC ("PRA); and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to amend the Amended Scheduling Order entered on September 5, 2017, ECF No. 19.

The Parties seek to extend the discovery cut-off by sixty (60) days. The current discovery cut-off is January 16, 2018. *See* ECF No. 19. The Parties request to extend this deadline to **March 19, 2018**. In addition, the Parties request that the dispositive motions and pretrial order deadlines be extended for an additional sixty (60) days, or until **April 13, 2018** (dispositive motions) and **May 14, 2018** (pretrial order).

-1-

## I. Discovery Completed

To date, the Parties have completed the following discovery: the Parties have each served initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1); PRA propounded Requests for Production and Interrogatories on Plaintiff; Experian propounded Request for Production, Interrogatories, and Requests for Admission on Plaintiff; and Plaintiff propounded Request for Production, Interrogatories, and Requests for Admission upon both PRA and Experian. All parties have served responses to these requests.

## II. Discovery That Remains to be Completed

The Parties still need to conduct the deposition of Plaintiff, previously scheduled for December 18, 2017, and to complete any discovery allowed by the Court's disposition of PRA's Motion to Compel Production of Documents and Responses to Interrogatories and Requests for Production and for Sanctions, ECF No. 22 ("Motion to Compel"), which is pending.

## III. Reasons Why Discovery Was Not Completed

Here, good cause exists to extend the discovery cut-off. On December 12, 2017, PRA filed the Motion to Compel. In the Motion to Compel, PRA seeks the Court's assistance to compel Plaintiff's responses to PRA's Requests for Production and Interrogatories. PRA anticipates the briefing on the Motion to Compel will be complete on or about January 2, 2018. The deposition of Plaintiff was previously scheduled for December 18, 2017. The Parties agreed to postpone the deposition of Plaintiff to allow the Court to first address the Motion to Compel. Therefore, the Parties seek a brief extension of the discovery cut-off for the Court to first resolve the Motion to Compel and for the deposition of Plaintiff to proceed thereafter.

///
///
///
///
///
///
///

## IV. Proposed Schedule to Complete Remaining Discovery

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Discovery | January 16, 2018 | March 19, 2018 |
| Dispositive Motions | February 12, 2018 | April 13, 2018 |
| Pre-Trial Order | March 14, 2018 | May 14, 2018 |

Dated this 19th date of December, 2017　　　　Dated this 19th date of December, 2017

　*/s/ Wing Yan Wong*　　　　　　　　　　　*/s/ Jennifer L. Braster*
Robert S. Larsen, Esq.　　　　　　　　　　　Jennifer L. Braster, Esq.
Nevada Bar No. 7785　　　　　　　　　　　　Nevada Bar No. 9982
Wing Yan Wong, Esq.　　　　　　　　　　　 Naylor & Braster
Nevada Bar No. 13622　　　　　　　　　　　 1050 Indigo Drive, Suite 200
Gordon Rees Scully Mansukhani, LLP　　　　Las Vegas, NV 89145
300 South Fourth Street, Suite 1559
Las Vegas, NV 89101　　　　　　　　　　　　Andrew M. Cummings, Esq.
　　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 14505
*Attorneys for Portfolio Recovery Associates,*　Jones Day
*LLC*　　　　　　　　　　　　　　　　　　　3161 Michelson Dr., Suite 800
　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92612-4408

*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated this 19th date of December, 2017

　*/s/ Melissa Ingleby*
Vernon A. Nelson, Esq.
Nevada Bar No. 6434
Melissa Ingleby, Esq.
Nevada Bar No. 12935
The Law Office of Vernon Nelson
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123

*Attorney Plaintiff Javier Del Rivero*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 12/20/17

-3-