VERNON A. NELSON, JR.
Nevada Bar No. 6434
MELISSA INGLEBY, ESQ.
Nevada Bar No.: 12935
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
T: 702-476-2500 | F: 702-476-2788
E-Mail: vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiff Javier Del Rivero*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER DEL RIVERO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　　Defendants. | Case No.: 2:17-cv-01606 – JAD -CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO PORTFOLIO RECOVERY ASSOCIATES, LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION AND FOR SANCTIONS**<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to Local Rules IA 6-1, and IA 6-2, the parties, by and through their attorneys of record hereby stipulate and request the court as follows:

　　　　1.　　This is the first stipulation for extension of time to allow Plaintiff JAVIER DEL RIVERO ("Plaintiff") to respond to the Motion to Compel Production of Documents and Responses to Interrogatories and Request for Production and for Sanctions filed by Portfolio Recovery Associates, LLC, ("Defendant") on December 12, 2017. (ECF No. 22)

　　　　2.　　The Plaintiff's responsive pleading to the said Motion to Compel is due on December 26, 2017.

　　　　3.　　The parties agree to extend the Plaintiff's time to file a responsive pleading to Defendants' Motion to Compel in the above-caption matter from December 26, 2017 to January 5, 2017. Good cause exists for this request.

**1**     4.     The extension is requested by Plaintiff's counsel due to the fact counsel has been unable to attend to and respond to Defendant's Motion to Compel. This stipulation is not made for purpose of delay.

    IT IS SO STIPULATED.

*SIGNATURES:*

| Dated this 20th date of December, 2017 | Dated this 20th date of December, 2017 |
|---|---|
| THE LAW OFFICE OF VERNON NELSON | GORDON & REES LLP |
|  /s/ Melissa Ingleby<br>VERNON A. NELSON, JR.<br>Nevada Bar No. 6434<br>MELISSA INGLEBY, ESQ.<br>Nevada Bar No.: 12935<br>9480 S. Eastern Avenue, Suite 252<br>Las Vegas, NV 89123<br>T: 702-476-2500 \| F: 702-476-2788<br>E-Mail: vnelson@nelsonlawfirmlv.com<br>*Attorneys for Plaintiff, Javier Del Rivero* |  /s/ Wing Yan Wong<br>Robert S. Larsen, Esq.<br>Nevada Bar No. 7785<br>Wing Yan Wong, Esq.<br>Nevada Bar No. 13622<br>300 South Fourth Street, Suite 1559<br>Las Vegas, NV 89101<br>Telephone: (702) 577-9300<br>Direct: (702) 577-9310<br>Facsimile: (702) 255-2858<br>E-Mail: rlarsen@gordonrees.com<br>wwong@gordonrees.com<br>*Attorneys for Portfolio Recovery Associates, LLC* |

## **ORDER**

**IT IS SO ORDERED.** Per the stipulation of the parties, Plaintiff shall have until January 5, 2018, to respond to the Motion to Compel filed by Portfolio Recovery Associates, LLC in this action.

Date: December 21, 2017

_____
UNITED STATES MAGISTRATE JUDGE