1  ROBERT S. LARSEN, ESQ.
   Nevada Bar No. 7785
2  WING YAN WONG, ESQ.
   Nevada Bar No. 13622
3  GORDON REES SCULLY MANSIKHANI, LLP
   300 South Fourth Street, Suite 1550
4  Las Vegas, Nevada  89101
   Telephone:  (702) 577-9300
5  Direct:  (702) 577-9310
   Facsimile:  (702) 255-2858
6  E-Mail: rlarsen@grsm.com
           wwong@grsm.com
7
   *Attorneys for Portfolio Recovery Associates, LLC*
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JAVIER DEL RIVERO, | ) | Case No.:  2:17-cv-01606-JAD-CWH |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO SEAL EXHIBITS** |
| vs. | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| Defendants. | ) | |

Plaintiff Javier Del Rivero, and Defendants Portfolio Recovery Associates, LLC ("PRA") and Experian Information Solutions, Inc. (collectively as "Parties"), by and through their respective counsels, hereby request and stipulate to seal the following documents:

- ECF No. 22-2
- ECF No. 22-11
- ECF No. 22-12
- ECF No. 27-4

1. PRA has filed a Motion to Compel Plaintiff's responses and disclosures of certain documents.  ECF No. 22.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

2. Three of the exhibits filed in support of PRA's Motion to Compel contain unredacted personal identifiers. ECF Nos. 22-2, 22-11, 22-12.

3. Plaintiff filed a Response to PRA's Motion to Compel. ECF No. 27.

4. One of the exhibits filed in support of Plaintiff's Response also contains unredacted personal identifiers. ECF No. 27-4.

5. Pursuant to Fed. R. Civ. P. 5.2(d) and Local Rule IA 10-5, and to protect the privacy of the individual, the Parties hereby stipulate to seal ECF Nos. 22-2, 22-11, 22-12, and 27-4.

6. PRA and Plaintiff will refile these documents with the proper redaction within three (3) days of the Court's order sealing those exhibits.

DATED this 8th day of February, 2018.

| **GORDON REES SCULLY MANSUKHANI, LLP** | **THE LAW OFFICE OF VERNON NELSON** |
|---|---|
| /s/ Wing Yan Wong | /s/ Melissa Ingleby |
| Robert S. Larsen, Esq. | Vernon A. Nelson, Jr., Esq. |
| Nevada Bar No. 7785 | Nevada Bar No. 6434 |
| Wing Yan Wong, Esq. | Melissa Ingleby, Esq. |
| Nevada Bar No. 13622 | Nevada Bar No. 12935 |
| 300 South Fourth Street, Suite 1550 | 9480 S. Eastern Ave., Suite 244 |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89123 |
| *Attorneys for Defendant Portfolio Recovery Associates, LLC* | *Attorneys for Plaintiff Javier Del Rivero* |

///

///

///

///

///

///

///

///

**NAYLOR & BRASTER**

   /s/ Jennifer Braster
Jennifer Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 9, 2018