1  Andrew M. Cummings
   Nevada Bar No. 14505
2  acummings@jonesday.com
   JONES DAY
3  3161 Michelson Drive, Suite 800
   Irvine, CA  92612.4408
4  Telephone:   (949) 851-3939
   Facsimile:    (949) 553-7539
5
   Jennifer L. Braster
6  Nevada Bar No. 9982
   NAYLOR & BRASTER
7  1050 Indigo Drive, Suite 200
   Las Vegas, NV  89145
8  Telephone:   (702) 420-7000
   Facsimile:    (702) 420-7001
9  jbraster@naylorandbrasterlaw.com

10 Attorneys for Defendant
   Experian Information Solutions, Inc.

11                    **UNITED STATES DISTRICT COURT**

12                           **DISTRICT OF NEVADA**

13

| | |
|---|---|
| 14  JAVIER DEL RIVERO, | Case No. 2:17-cv-01606-JAD-CWH |
| 15              Plaintiff, | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| 16       v. | |
| 17  PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and | |
| 18  EXPERIAN INFORMATION SOLUTIONS, INC. | |
| 19 | |
| 20              Defendants. | |

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Andrew M. Cummings, is no longer associated with |
| 2 | JONES DAY and no longer represents Defendant Experian Information Solutions, Inc. |
| 3 | ("Experian") in the above-captioned action.  Therefore, it is no longer necessary that Andrew M. |
| 4 | Cummings receive CM/ECF notice.  Jennifer L. Braster and Andrew J. Sharples will remain |
| 5 | counsel of record and should continue to receive notices relating to this case. |
| 6 | DATED this 8th day of March, 2018. |

                                              JONES DAY

                                              By: */s/ Andrew M. Cummings*
                                                   Andrew M. Cummings
                                                   Nevada Bar No. 14505
                                                 Irvine, CA 92612.4408

                                              Attorneys for Defendant
                                              EXPERIAN INFORMATION
                                              SOLUTIONS, INC.

IT IS SO ORDERED

Dated: March 9, 2018

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of JONES DAY and that on this 8th day of March, 2018, I caused the document **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to be served through the Court's CM/ECF system addressed to:

| | |
|---|---|
| Vernon Nelson<br>The Law Office of Vernon Nelson, PLLC<br>9480 South Eastern Avenue, Suite 252<br>Las Vegas, NV 89123<br>702-476-2500<br>Fax: 702-475-2788<br>Email: vnelson@nelsonlawfirmlv.com<br>*Attorneys for Plaintiff* | Wing Yan Wong<br>Gordon & Rees, LLP<br>300 South Fourth Street, Suite 1550<br>Las Vegas, NV 89101<br>702-577-9300<br>Fax: 702-255-2858<br>Email: wwong@gordonrees.com<br>*Attorneys for*<br>*Portfolio Recovery Associates, LLC* |

/s/ *John M. Upton*
An Employee of JONES DAY