# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAVIER DEL RIVERO, | Case No. 2:17-cv-01606-JAD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's motion to extend discovery (ECF No. 43), filed on March 16, 2018. Defendant filed a response (ECF No. 45) on March 27, 2018. Plaintiff has not filed a reply.

Plaintiff moves for an extension of discovery, which originally closed on March 19, 2018. Plaintiff requests that this deadline be extended by 30 days, to April 18, 2018. In its response, Defendants argue that Plaintiff has not been diligent in conducting discovery and has not shown good cause for an extension. Nevertheless, Defendants do not oppose the motion.

Under Local Rule 26-4, a request to extend a scheduled deadline made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect. Plaintiff's request was made three days before the subject deadline, and must therefore be supported by a showing of good cause. Plaintiff argues that it has been unable to complete all necessary depositions due to conflicting schedules of the parties involved. The Court finds good cause for a modest extension of the discovery period.

//

//

//

1  IT IS THEREFORE ORDERED that Plaintiff's motion to extend discovery (ECF No. 43)
2 is GRANTED.  The discovery period in this case shall remain open until April 18, 2018.

DATED:  March 28, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE