# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Javier Del Rivero

JUDGMENT IN A CIVIL CASE
for ATTORNEY'S FEES

        Plaintiff,

v.

Case Number: 2:17-cv-01606-JAD-CWH

Portfolio Recovery Associates, LLC

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that plaintiffs shall pay defendant PRA a total amount of $6,975.00 at the conclusion of this case.

6/4/18
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk