# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAVIER DEL RIVERO,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-01606-JAD-CWH<br><br>**ORDER** |

Presently before the court is the parties' Joint Motion to Amend Order and Judgment (ECF No. 54). The parties seek to correct the court's order granting defendant PRA's motion for attorneys' fees (ECF No. 49), and the clerk's judgment (ECF No. 50), to reflect an award of fees against plaintiff's counsel. Having reviewed the parties' motion, the court finds good cause to amend the order and judgment.

IT IS ORDERED that the parties' Joint Motion to Amend Order and Judgment (ECF No. 54) is GRANTED.

IT IS FURTHER ORDERED that the court's order awarding attorneys' fees (ECF No. 49) is an award against plaintiff's counsel.

IT IS FURTHER ORDERED that the clerk of court must amend the clerk's judgment (ECF No. 50) in accordance with this order.

DATED: June 12, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE