# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Javier Del Rivero

        Plaintiff,

v.

Portfolio Recovery Associates, LLC

        Defendant.

**AMENDED** JUDGMENT IN A CIVIL CASE
for ATTORNEY'S FEES

Case Number: 2:17-cv-01606-JAD-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that plaintiff's counsel shall pay defendant PRA a total amount of $6,975.00 at the conclusion of this case.

| | |
|---|---|
| June 13, 2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Morrison |
| | Deputy Clerk |