VERNON A. NELSON, JR.
Nevada Bar No.: 6434
MELISSA INGLEBY, ESQ.
Nevada Bar No.: 12935
THE LAW OFFICES OF VERNON A. NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
T: 702-476-2500
F: 702-476-2788
E-Mail: vnelson@nelsonlawfirmlv.com
E-Mail: mingleby@nelsonlawfirmlv.com
*Attorneys for Plaintiff Javier Del Rivero*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER DEL RIVERO,<br><br>          Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>          Defendants. | Case No.: 2:17-cv-01606 – JAD -CWH<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>ECF NO. 58 |

    Upon agreement between Plaintiff JAVIER DEL RIVERO ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Defendant"):

    IT IS HEREBY STIPULATED that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Defendant EXPERIAN INFORMATION SOLUTIONS, INC., shall be dismissed from this

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

action, with prejudice.  Each side shall bear his or its own costs and attorney's fees.

Dated this 20th date of June, 2018.                    Dated this 20th date of June, 2018.

THE LAW OFFICE OF VERNON NELSON          NAYLOR & BRASTER

  /s/ Vernon A. Nelson                                          /s/ Jennifer L. Braster
VERNON A. NELSON, JR.                                Jennifer L. Braster, Esq.
Nevada Bar No.: 6434                                      Nevada Bar No.: 9982
MELISSA INGLEBY, ESQ.                                1050 Indigo Drive, Suite 200
Nevada Bar No.:  12935                                   Las Vegas, NV 89145
9480 S. Eastern Avenue, Suite 252                Tel: 702-420-7000 | F: 702- 420-7001
Las Vegas, NV  89123                                      jbraster@naylorandbrasterlaw.com
T: 702-476-2500 | F: 702-476-2788             *Attorneys for Defendant, Experian Information*
E-Mail: vnelson@nelsonlawfirmlv.com        *Solutions, Inc.*
E-Mail: mingleby@nelsonlawfirmlv.com
*Attorneys for Plaintiff, Javier Del Rivero*

Dated this 20th date of June, 2018.

GORDON & REES LLP

  /s/  Wing Wong
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1559
Las Vegas, NV  89101
T: (702) 577-9300 | F: (702) 255-2858
E-Mail:  rlarsen@gordonrees.com
wwong@gordonrees.com
*Attorneys for Portfolio Recovery Associates*

# ORDER

Based on the parties' stipulation **[ECF No. 58]** and good cause appearing, and because the stipulated dismissal of this case against Experian Information Solutions, Inc. leaves no claims remaining, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 20, 2018